422 A.2d 1164

Commonwealth v. McClain, Appellant.

Submitted March 23, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender,

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

for appellant; Robert B. Lawler, Chief, Appeals, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.